**MINOR & JESTER, PC**
502 W. Oak St., Suite 200
P.O. Box 280
Denton, Texas 76202
Telephone:  940/387-7585
Facsimile:  940/808-0054
Attorney for DATCU

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number 14-70207 |
| | § | |
| **Michael Allan Cox** | § | |
| **Jamie Louise Mata** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 7 |
| | § | |

### DATCU'S NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO 2013 HONDA PILOT

Please take notice that a Hearing on DATCU's Motion to for Relief from Automatic Stay has been scheduled on **September 17, 2014 at 10:00 AM** before the Honorable Harlin D. Hale in the United States Bankruptcy Court for the Northern District of Texas, Wichita Falls Division, located at **Room 222, 1000 Lamar St., U.S. Federal Courthouse, Wichita Falls, Texas 76301**.

Respectfully submitted this 12th day of August, 2014.

    **MINOR & JESTER, P.C.**
    502 W. Oak St., Suite 200
    Denton, Texas 76201
    Telephone: (940) 387-7585
    Facsimile: (940) 808-0054
    Attorney for DATCU Credit Union

    By: */s/Christopher B. Henry*
    Christopher B. Henry
    State Bar Number 24065400

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 12th day of August, 2014, a true and correct copy of the foregoing was served via electronic means, if available, otherwise by regular first class U.S. Mail to the parties on the parties below.

                                                /s/Christopher B. Henry
                                                Christopher B. Henry

**Debtors Attorney**
Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, Texas 76301

**Debtor(s)**
Michael Allan Cox
Jamie Louise Mata
5109 Wildflower
Wichita Falls, Texas 76310

**Trustee**
Shawn K. Brown
P.O. Box 93749
Southlake, Texas 76092

**U.S. Trustee**
Office of the U.S. Trustee
Earle Cabell Federal Building
1100 Commerce St., Room 976
Dallas, Texas 75242